IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

WILLIAM JAMES MORRIS, *ET AL.*,

       Defendants.

Criminal No. 12-0253
ELECTRONICALLY FILED

## MEMORANDUM ORDER RE: DEFENDANT MORRIS' MOTION FOR BOND (DOC. NO. 185)

On May 7, 2013, Defendant was charged in a multi-defendant superseding indictment with: Count one-conspiracy to distribute and possess with intent to distribute 5 or more kilograms of cocaine in violation of 21 U.S.C. § 846 and Count two-possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1). Doc. No. 115. Prior to his arraignment, the government filed a request for detention and indicated that Defendant was a danger to another person or the community and a flight risk. Doc. No. 142. On May 20, 2013, Defendant appeared before United States Magistrate Judge Maureen Kelly to be arraigned and for a ruling as to whether he would be detained pending trial. Special Agent Francesco Vezio and Pretrial Services Officer Jessica Beebe testified at the detention hearing. Doc. No. 210. Following the hearing, Judge Kelly entered an Order of Detention for Defendant. Doc. No. 143. A transcript of this hearing has been filed on the docket. Doc. No. 210. A jury trial is scheduled to begin on December 2, 2013. Doc. No. 196.

Presently before this Court is Defendant's Motion for Bail in which Defendant moves this Court to revoke the Order of Detention and allow his release pending trial. Doc. No. 185.

The Court has reviewed Defendant's Motion, the transcript of the detention hearing, and the Government's response in opposition. Doc. Nos. 185, 210, 211. The Court provided that Defendant may file a reply brief on or before September 13, 2013. 08/29/2013 Text Order. No reply brief was filed.

Defendant has failed to demonstrate that Judge Kelly's Order of Detention should be revoked. Further, the Court believes that Defendant should remain incarcerated pending trial because he is a danger to the community and a flight risk due to the potential sentence of life imprisonment that he faces, his alleged possession of a firearm despite being a convicted felon, and the details of Defendant's arrest in West Virginia. Therefore, the following Order is entered:

AND NOW, this 17th day of September, 2013, IT IS HEREBY ORDERED THAT Defendant Morris' Motion for Bond (Doc. No. 185) is **DENIED**. The case will proceed to jury trial scheduled for December 2, 2013. Doc. No. 196.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All Registered ECF Counsel and Parties